FILED
IN CLERKS OFFICE
2025 JUN 20 PM 12: 19
U.S. DISTRICT COURT
DISTRICT OF MASS.

June 17, 2025

The Honorable Patti B. Saris
US District Judge,
John Moakley Courthouse
Clerk's office – 2nd floor
1 Courthouse Way
Boston, MA 02210

The Honorable Patti B. Saris,

I would be grateful to take a trip to Europe or the time period of October 19th to October 28th 2025. The purpose of the trip will be for vacation. I have satisfied all the conditions of supervised release. Over the last two years, I have taken and paid for extra courses in Ethics, Behavior Management, Cognitive Therapy, and Conflict Resolution to calibrate my moral compass. In addition, I have developed a strong support network, and I have been employed. For the last three years my leukemia has been controlled by Imbruvica (started after I contracted Covid).

Thank you,

Andrew Gordon

Docket # 1:15-CR-10117-PBS-1

7/21/25
Allowed.
Patti B Saris